# United States Court of Appeals
## For the First Circuit

No. 15-2412

UNITED STATES OF AMERICA,

Appellee,

v.

OSCAR NUÑEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on March 29, 2017 is corrected as follows:

On p.10, ll.7-8, the words "provided that its inferences from that evidence" should be removed.  The sentence, therefore, reads as follows:

"To sum up, a sentencing court may base its findings entirely on circumstantial evidence."